UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **LARRIANTE' SUMBRY,** | ) |
| Petitioner, | ) |
| vs. | ) CAUSE NO. 3:05-CV-113 AS |
| **CECIL DAVIS,** *et al.*, | ) |
| Respondents. | ) |

### *MEMORANDUM AND ORDER*

Larriante' Sumbry, a *pro se* prisoner, mailed a habeas corpus petition to the United States District Court for the District of Massachusetts. In a well researched and reasoned opinion, Judge Tauro dismissed the petition and declined to transfer it based on *Montgomery v. Davis*, 362 F.3d 956 (7th Cir. 2004). Additionally, it was discovered that Mr. Sumbry had "filed approximately twenty lawsuits in at least twelve federal district courts outside of Indiana." Attached Order of Dismissal at 5. This court has twice cautioned Mr. Sumbry that further abuse of the judicial process might lead to additional sanctions.

> [I]f he persists in abusing the judicial process by sending papers to other district courts in an attempt to circumvent the Seventh Circuit's orders restricting his vexatious filings, the court of appeals might order the superintendent of the facility in which he is housed to restrict him from mailing anything to any federal court other than this one.

Docket # 7.

For the foregoing reasons, the clerk is **DIRECTED** to forward a copy of this order and the attached order of Judge Tauro to the Seventh Circuit so that it is

aware of Mr. Sumbry's continuing exploitation of the judicial process despite the previous fines, sanctions, and restrictions.

**IT IS SO ORDERED.**

**ENTERED: April 19, 2005**

                                            **s/ ALLEN SHARP**
                                     **ALLEN SHARP, JUDGE**
                                     **UNITED STATES DISTRICT COURT**